UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOCCI BUILDING CORPORATION, INC., <br><br> **Plaintiff,** <br><br> vs. <br><br> **JAMES BENTLEY,** <br><br> **Defendant.** | Civ. No. 2:17-cv-6907-KM-SCM <br><br> **ORDER** |

**THIS MATTER** having come before the Court on the motion of plaintiff Tocci Building Corporation, Inc. for default judgment (ECF No. 8); defendant James Bentley having failed to file opposition; and the Court having considered the moving papers and supporting documents (ECF Nos. 1, 6-8) without oral argument; for the reasons stated in the accompanying Opinion and good cause shown therefor;

**IT IS** this 20th day of July, 2018,

**ORDERED** that plaintiff Tocci's motion for default judgment (ECF No. 8) is granted, subject to a submission documenting damages. Tocci shall submit, within 14 days, an affidavit with documentation providing evidence of damages.

**KEVIN MCNULTY**
**United States District Judge**